IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TY FISHER,<br><br>          Defendant. | Case No. 1:23-MJ- 160 |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND SUMMONS**

I, Mark A. Dalton, state as follows:

1. I am a Detective with the Department of the Army, Fort Belvoir Directorate of Emergency Services (DES), Law Enforcement Investigations and have been employed in that position since May of 2014. I have received formal training through the Department of the Army Military Police Investigators Course and Department of the Army Civilian Police Academy in various investigative skills and investigative techniques. As part of my duties as a Detective, I investigate various criminal violations, including larceny. These investigations involve violations of the Uniform Code of Military Justice, as well as violations of the United States Code and Code of Virginia. As a Detective of the Fort Belvoir DES, I am authorized to investigate crimes involving violations of the UCMJ and other applicable laws where there is an Army interest and nexus.

2. The statements in this affidavit are based in part on information and reports provided by Loss Prevention personnel from the Army and Air Force Exchange Service (AAFES), Military Police Officers, Department of the Army Civilian Police Officers, and on my background and experience as a Detective. This affidavit contains the information necessary to support

probable cause and is not intended to include each and every fact observed by me or known to the government.

## PROBABLE CAUSE

3.  On or about February 17, 2023, an LPO at the Ft. Belvoir Main AAFES Exchange store reviewed CCTV footage from February 16, 2023, and observed TY FISHER remove Exchange property and exit the Exchange without paying for it. FISHER went back to work at GNC immediately outside the Exchange where he was apprehended by Fort Belvoir Police Officers. The Exchange is within the special territorial and maritime jurisdiction of the United States in the Eastern District of Virginia.

4.  I reviewed CCTV footage provided by AAFES LPO and observed FISHER put three boxes of perfume in a white shopping bag and then exit the store.

## CONCLUSION

5.  Based on the facts outlined above, I submit there is probable cause to believe that on or about February 17, 2023, at Fort Belvoir, within the special territorial and maritime jurisdiction of the United States in the Eastern District of Virginia, TY FISHER stole things of value of the United States in violation of 18 U.S.C. § 641.

Respectfully submitted,

*Mark A. Dalton*
Mark A. Dalton
Detective
Fort Belvoir DES